# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

JOSEPH SMITH

02579-070

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 91-101ML

OCT 25

US ...
RHODE IS...

(Name and Address of Defendant)

JOSEPH SMITH
78 Ford Street, Providence, RI

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903**<br>Before: David L. Martin, United States Magistrate Judge | Courtroom B<br>Date and Time<br>Monday, October 30, 2006 at 2:00 P.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☒ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 353(d)

Brief description of offense:
Probation Violation

[signature]
Signature of Issuing Officer

October 24, 2006
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 10/30/06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. Magistrate Court, Providence RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: ______

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 10/30/06
Date

Brian Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

FILED
2006 NOV -6 P 3:32
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND