UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 91-101 ML |
| | : | |
| JOSEPH SMITH | : | |

**ORDER MODIFYING CONDITIONS OF RELEASE**

On December 7, 2006, Defendant Joseph Smith appeared for a scheduled hearing to determine whether he had violated the terms of supervised release. At that time, Defendant, both personally and through counsel, waived a violation hearing and admitted that he had violated the terms of his supervised release. Thereafter, both the Government and the defense recommended that this matter be continued for a period of ninety days for the purpose of allowing Defendant to enter a residential substance abuse treatment program. Counsel for the Government stated that if Defendant successfully completed the treatment program, the Government would recommend a disposition for the violation which would not require that Defendant be incarcerated. If Defendant failed to successfully complete the treatment program, the Government would recommend a disposition which had incarceration as an element.

The Court accepted the joint recommendation and continued the matter to March 12, 2007, at 10:00 a.m. The Court was advised by counsel that the Probation Department had arranged for Defendant to enter the Spectrum Residential Drug Treatment Program ("the Spectrum facility") in Worcester, Massachusetts. The Court accordingly ordered Defendant, as a condition of his release, to comply with the directives of the Probation Department and to enter and remain at the Spectrum facility and

not to leave that facility without permission of the Probation Department.

Later on December 7, 2006, the Court was notified by the Probation Department that because Defendant has a serious lung condition the Spectrum facility had declined to accept him into its treatment program. However, the Probation Department advised that it had arranged for Defendant to enter the Gosnold Residential Drug Treatment Program in Falmouth, Massachusetts, on Monday, December 11, 2006. Accordingly, the Court hereby modifies the conditions of Defendant's release and substitutes the Gosnold facility for the Spectrum facility. **Defendant is ordered not to leave the Gosnold facility until he successfully completes the treatment program or obtains the permission of his probation officer.**

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
December 12, 2006

BY ORDER:

Deputy Clerk