Case 1:91-cr-00101-ML-DLM Document 12 Filed 01/25/2007 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 91-101ML** |
| | ) | |
| **JOSEPH SMITH** | ) | |

---

## MOTION TO CONTINUE REVOCATION HEARING

Now comes the accused, Joseph Smith, by and through his counsel, and moves this Honorable Court to continue the hearing in this matter, currently scheduled for January 26, 2007 for an additional twenty (20) days.

The reason for the request of a continuance, is that counsel has not yet been able to secure testing of defendant's urine and, further, is trying to resolve the violation with the government.

Granted continued to 2/15/07 at 11:00 am David L Martin USMJ 1/26/07

Respectfully submitted
Joseph Smith
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Zechariah Chafee, Assistant United States Attorney, on January 25, 2007.

/s/ Mary S. McElroy