AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
MAR 14 2007
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOSEPH SMITH

WARRANT FOR ARREST

CASE NUMBER: 1:91-CR-101-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSEPH SMITH
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d) Violation of Supervised Release

Barbara Barletta
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Barbara Barletta
Signature of Issuing Officer

Providence, RI 02903
Date and Location

Bail fixed at $ ____ by ____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI after state case was dismissed. | | |
| DATE RECEIVED 03/14/08 | NAME AND TITLE OF ARRESTING OFFICER Robert Young DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 08/13/08 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.