AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: CR 91-101-01 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph Smith

I certify that I am admitted to practice in this court.

8/14/08
Date

George J West
Signature

George J. West 3052
Print Name Bar Number

One Turks Head Place Ste 312
Address

Providence RI 02903
City State Zip Code

861 9042 861 0330
Phone Number Fax Number